SCWC-21-0000368

**Electronically Filed
Supreme Court
SCWC-21-0000368
17-SEP-2025
09:22 AM
Dkt. 17 ODAC**

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

PAMELA ROBINSON McDOWELL; DAVID McDOWELL;
DAVID A. McDOWELL AND PAMELA ROBINSON McDOWELL,
Trustees of the Dave and Pam McDowell
Revocable Trust dated December 14, 2005,
Respondents/Plaintiffs-Appellees,

vs.

PHILIP S. KEAT and PAKALA LLC,
Petitioners/Defendants-Appellants,

and

A. JOHN KEAT and DAWN KEAT,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000368; CASE NO. 5CC19-1-000003)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J.; Eddins, Ginoza, and Devens, JJ.;
and Circuit Somerville, in place of Recktenwald, C.J., recused)

Petitioners' Application for Writ of Certiorari, filed on July 30, 2025, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, September 17, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Rowena A. Somerville

